UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARNELL MOON | ) |
| Plaintiff, | ) |
| | ) No. 4:23 CV 1530 RWS |
| KIMBERLY BRAMLETT, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on two motions for an extension of time filed by plaintiff. This first motion, which requests an extension of time to oppose a Westfall certification, will be denied as moot as no such certification has been filed in this case. It appears plaintiff has confused this case with the matter pending before Judge Collins (4:23CV522), in which such a certification has been filed. As for plaintiff's request for an extension of time to oppose dismissal and seek remand, the Court will grant plaintiff a one-time extension of time to file these documents.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time to file rebuttal scope of employment determination motion [7] is denied as moot.

**IT IS FURTHER ORDERED** that plaintiff's motion for an additional fourteen days to file a motion for remand and an opposition to defendant's motion to dismiss [8] is granted.

                                                    RODNEY W. SIPPEL
                                                    UNITED STATES DISTRICT JUDGE

Dated this 27th day of December, 2023.