# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DARNELL MOON, | ) |
| Plaintiff, | ) |
| | ) No. 4: 23 CV 1530 RWS |
| KIMBERLY BRAMLETT, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED** that plaintiff's complaint is dismissed.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 30th day of January, 2024.